| | | |
|---|---|---|
| **IN REM** | * | **IN THE** |
| **CHARLES RAWLINGS** | * | **DISTRICT COURT** |
|     Plaintiff | * | **OF MARYLAND** |
| V. | * | **FOR BALTIMORE COUNTY** |
| Debra Elaine Carter | * | **CASE NO. 1040158** |
| David Anthony Wiggins© | * | **AT LAW NOT EQUITY** |
|     by Special Appearance | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT David Anthony Wiggins© MOTION TO INTERVENE ON BEHALF OF**

**<u>DEFENDANT Debra Elaine Carter BY RIGHT AND FOR CAUSE</u>**

(Maryland Rule 3-214)

    **NOW COMES,** David Anthony Wiggins© alleged Defendant, All Rights Reserved, by Special Appearance, at law and not equity, in accord with Maryland Rule 3-214(a) and makes this Motion to Intervene on behalf of Defendant Debra Elaine Carter by Right and for Cause and in support hereof says the following including, but not limited to:

    1. That David Anthony Wiggins© has a lawful claim of right to the title of the real property that is the subject matter of this instant action.

    2. That the Plaintiff surrendered possession of the real property that is the subject matter of this instant action in the official record in a foreclosure action before the Circuit Court for Baltimore County in Case Number # 03C08012201 captioned, <u>Edward S. Cohn, et al v. Charles Rawlings, et al.</u> See Joint Defense Exhibit # 2.

    3. That there is a lis pendens quiet title action filed before the United States District Court for the District of Northern Maryland, a superior tribunal that has original subject matter jurisdiction over Admiralty Jurisdiction Contracts which divest this Honorable Court of subject matter jurisdiction over the real property.

4. That an In Rem Action to Quiet Title with Exhibits was filed by alleged Defendant David Anthony Wiggins© ( hereinafter the "Creditor") against 11 Kew Garden Court, Baltimore Maryland 21244, the real property that is the subject of this instant case, and against Charles Donald Rawlings, the Plaintiff ( hereinafter the "Debtor"), in this instant case, before the District Court of the United States for the District of Northern Maryland on January 20, 2012, which divest this Honorable Court of Subject Matter Jurisdiction. [See Joint Defense Exhibit # 1]

5. That intervention does not prejudice the Plaintiff and is necessary as a practical matter to protect the interest of David Anthony Wiggins©, who has been in peaceable possession since October 2, 2009 of the real property that is the subject matter of this instant action as well as the subject matter of the lis pendens action before the United States District Court for the District of Northern Maryland, a superior tribunal invested with original exclusive jurisdiction over Admiralty Jurisdiction Contracts that conveyed possession of the real property to David Anthony Wiggins©.

**ACCORDINGLY,** this Defendant requests that this Honorable Court grant this Motion to Intervene on behalf of Defendant Debra Elaine Carter by Right and for Cause as a matter of law and in the interest of the proper administration of justice.

Respectfully presented

/s/ David Anthony Wiggins©

Alleged Defendants, All Rights Reserved

By Special Appearance

### AFFIDAVIT

**I HEREBY AFFRIM**, under that the facts contained in the foregoing are made upon personal knowledge, contained in the public record and are true to the best of my information knowledge and belief.

/s/ David Anthony Wiggins©

Alleged Defendant, All Rights Reserved

By Special Appearance

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that on this ____day of the _____month, 2012 that a copy of the foregoing was mailed via United States Postal Service First Class Mail to Charles Rawlings 227 Bishop Avenue, Baltimore, Maryland 21225 and to Debra Elaine Carter 11 Kew Garden Court, Windsor Mill, Maryland 21244

/s/ David Anthony Wiggins©

Alleged Defendant, All Rights Reserved

By Special Appearance